1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Staff Attorney
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 08-CR-504 FCD
                                  )
11               Plaintiff,       ) STIPULATION AND ORDER TO VACATE
                                  ) HEARING AND SCHEDULE STATUS
12      v.                        ) CONFERENCE
                                  )
13 E. DAVID SAWYER,               ) Date:  December 1, 2008
                                  ) Time:  2:30 p.m.
14               Defendant.       ) Judge: Hon. Frank C. Damrell, Jr.
   _____)
15

16      IT IS HEREBY STIPULATED by the parties through their respective

17 counsel, R. Steven Lapham, Assistant United States Attorney, and

18 Michael Petrik, Jr., Staff Attorney, Office Of The Federal Defender,

19 that the Court should vacate the evidentiary hearing scheduled for

20 December 1, 2008, at 2:30 p.m., and set a new date of February 17,

21 2009, at 10:00 a.m., for status conference.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 Stipulation And Order                                       08-CR-504

It is further stipulated between the parties that Mr. Sawyer will submit to an evaluation by Gregory Sokolov, M.D., to occur at the Office Of The Federal Defender after counsel for Mr. Sawyer and the probation officer arrange the evaluation.  The parties and the probation officer have agreed to the language contained in the proposed order.

Dated: November 25, 2008			Respectfully submitted,

						DANIEL BRODERICK
						Federal Defender

						/s/ M.Petrik
						_____
						MICHAEL PETRIK, Jr.
						Staff Attorney
						Attorneys for Defendant

Dated: November 25, 2008			MCGREGOR W. SCOTT
						United States Attorney

						/s/ M.Petrik for
						_____
						R. STEVEN LAPHAM
						Assistant U.S. Attorney

Stipulation And Order        2        08-CR-504

**ORDER**

The Court appoints Gregory Sokolov, M.D., to conduct a psychiatric study and report on the offender who is not in custody.  The Court specifically seeks information regarding the following:

1. Whether the offender suffers from a diagnosable mental illness;
2. If the offender does suffer from mental illness, whether the condition contributed in any way to his uncooperative behavior under supervision;
3. Whether the offender's recent medical conditions may have contributed to his state of mind and behavior;
4. Whether the offender has a significantly impaired ability to control behavior he knows is wrongful, or disruptive, or to exercise the power of reason; and,
5. Whether any particular plan of treatment, including medication, is indicted and recommended while the offender is under supervision in the community.

The report should be returned to the Court through the United States Probation Officer no later than January 31, 2009.  The offender is ordered to participate in this evaluation and is directed to execute any necessary release of information forms needed for access to medical records.  The presentence report, petition for modification, offender-generated memoranda, and any medical records obtained by the probation officer are ordered disclosed to Gregory Sokolov, M.D., for the purpose of conducting the examination.  Any reports obtained from the study shall be filed under seal to protect the confidentiality of this inquiry.

**IT IS SO ORDERED.**

DATED: November 26, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE