```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2724
```

**FILED**

MAR - 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-08-504 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER MODIFYING TERMS OF |
| v. | ) SUPERVISED RELEASE |
| E. DAVID SAWYER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and E. David Sawyer, acting in propria persona, that having reviewed the report of Dr. Gregory Sokolov dated January 28, 2009, the terms and conditions of supervised release ordered in the Eastern District of New York on September 28, 2004, may be modified to add the following special condition:

1. As directed by the probation officer, the defendant shall participate in a program of mental health treatment.

///
///

1

1 │ 2. The remainder of the petition to modify conditions filed
2 │ on October 31, 2008, and the violation petition filed on December 8,
3 │ 2008, may be dismissed.
4 │ DATED: March 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

9 │ DATED: March 5, 2009

/s/ E. David Sawyer
E. DAVID SAWYER
In Propria Persona

O R D E R

15 │ IT IS SO ORDERED.

17 │ DATED: March 5, 2009

/s/ Frank C. Damrell, Jr.
HON. FRANK C. DAMRELL, JR.
United States District Judge

2