DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
E. DAVID SAWYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. DAVID SAWYER,<br><br>　　　　　　Defendant.<br>_____ | No. 2:08-CR-00504 FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE REVOCATION AND<br>EVIDENTIARY HEARING<br><br>Date:　　　February 28, 2011<br>Time:　　　1:30 p.m.<br>Judge:　　Frank C. Damrell, Jr. |

　　　　IT IS HEREBY STIPULATED between the parties, MICHELLE PRINCE, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant E. DAVID SAWYER, that the Revocation and Evidentiary Hearing of January 18, 2011 be vacated, and the matter be set for a Revocation and Evidentiary Hearing on February 28, 2011 at 1:30 p.m.

　　　　The reason for the continuance is to allow defense counsel additional time to retain an expert to examine the firearm and additional time to obtain documentary evidence needed for the hearing. The Government has no objections to a continuance of the Revocation and Evidentiary Hearing.

Dated: January 13, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
E. DAVID SAWYER

Dated: January 13, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michelle Prince*

MICHELLE PRINCE
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Revocation and Evidentiary Hearing presently set for January 18, 2011, be continued to February 28, 2011 at 1:30 p.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 13, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Sawyer: Stip/Order                    -2-