**FILED**
February 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:08-cr-00504 KJM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| E. DAVID SAWYER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release E. David Sawyer ; Case 2:08-cr-00504 KJM from custody.

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

\_   Unsecured Appearance Bond in the amount of $

\_   Appearance Bond secured by Real Property

X   (Other) The defendant is ORDERED released from custody and shall continue with his term of supervised release under the conditions previously imposed and with the new modification as recommended by the probation officer.

Issued at Sacramento, CA on 2/17/11 at 2:42 p.m.

By _____
Kimberly J. Mueller
United States District Judge